LA

FILED

NOV 0 7 2018 LA

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 18CR 761 |
| | ) | |
| RANDY KENDRICKS | ) | Violation: Title 18, United States |
| | ) | Code, Section 922(g)(1) |
| | ) | |

JUDGE NORGLE

MAGISTRATE JUDGE COX

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about May 24, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RANDY KENDRICKS,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Smith & Wesson, model M&P Shield, .40 caliber semi-automatic pistol, bearing serial number HKS5611, which firearm had traveled in interstate commerce prior to the defendant's possession of it;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The SPECIAL AUGUST 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson, model M&P Shield, .40 caliber semi-automatic pistol, bearing serial number HKS5611, and associated ammunition.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY